UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN-LIN LLC, a California limited liability company, </br></br>　　　　　　Plaintiff, </br></br>v. </br></br>MICHAEL DIAMOND, an individual, CHAMP SPORTFISHING LLC, a California limited liability company, </br></br>　　　　　　Defendants. | Civil No. 06CV143-L(LSP) </br></br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT** |

　　　Based on the Order Granting Defendants' Motion to Set Aside Entry of Default, Plaintiff's Application for Default Judgment by Court is **DENIED**.

　　　**IT IS SO ORDERED**.

DATED: November 16, 2006

　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06c143